UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:24-cr-00077 |
| | ) | |
| ELIJAH MCDOWELL | ) | JUDGE RICHARDSON |

## GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through Henry C. Leventis, United States Attorney and the undersigned, hereby moves this Court to substitute Assistant United States Attorney Philip H. Wehby in place of Assistant United States Attorney Alexander L. Strohmeyer as the attorney of record for the Government in this case.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: *s/Phil H. Wehby*
Phil H. Wehby
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on August 9, 2024, with the Clerk via CM/ECF, and that a copy will be sent to defense counsel via CM/ECF.

*s/Phil H. Wehby*
Phil H. Wehby
Assistant United States Attorney